PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Robles        Cr.: 10-00748-001

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise, Sr. U.S. District Judge

Date of Original Sentence: 08/25/11

Original Offense: Conspiracy to Possess with Intent to Distribute 5 Kilograms or more of Cocaine

Original Sentence: 3 years probation; $100 special assessment. Special conditions of alcohol/drug testing and/or treatment, and DNA collection.

Type of Supervision: Probation        Date Supervision Commenced: 08/25/11

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall perform __80__ hours of community service in a manner approved by the Probation Department. The defendant will cooperate in allowing the Probation Department to confirm the community service is completed.

The defendant shall submit his person, residence, vehicle, and any other premises under his control to a search upon reasonable suspicion that contraband or evidence of a violation of the conditions of supervised release/probation may be found. The search must be conducted in a reasonable manner and at a reasonable time. Failure to submit to a search may be grounds for revocation. Furthermore, the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

## CAUSE

On January 13, 2012, the offender was arrested in New York for possession of marijuana which resulted in a conditional discharge. When confronted about the arrest, the offender made false statements to the Probation Office for the Eastern District of New York. The above conditions are in response to the offender's non-compliance. The search condition will allow the Eastern District of New York to monitor the offender's actions and associations more proactively.

Respectfully submitted,

*Anthony J. Nisi*   Anthony J. Nisi
2012.05.29 10:10:51 -04'00'

By: Anthony J. Nisi
     U.S. Probation Officer
Date: 05/29/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 31, 2012
_____
Date